IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| El Paseo Ltd., a California Limited Partnership | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1285C |
| v. | ) | |
| | ) | (Judge Christine O. C. Miller) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's Order of February 24, 2005, the parties respectfully submit this Joint Status Report to apprise the Court of the status of their ongoing efforts to resolve certain closely-related cases through the Court's Alternative Dispute Resolution ("ADR") pilot program.

As stated in the parties' Joint Motion to Stay, this case is one of approximately fifty related suits filed with the Court since August 6, 2004. Eight of these cases have been designated for the Court's ADR pilot program. The parties then moved to stay this case and nearly all of the other related cases that had not been referred to ADR, pending the outcome of the ADR process. (The only related case that the parties have not moved to stay is one in which a Rule 12(b) motion has been filed.) All of the motions to stay that have been ruled upon by the Court have been granted.

Meanwhile, the parties are making good progress in their efforts pursuant to the ADR process. The plaintiffs have produced preliminary damages analyses for the first three cases that have been designated for ADR, together with supporting documentation for each. Defendant has prepared a formal response to plaintiffs' initial analysis and has produced various documents related to each of the three properties. The parties are in the process of concluding their exchange

of documents and plan to begin attempting to negotiate specific damage amounts for each property in the near future.

Once the ADR process has been completed with respect to the first three properties, the parties hope to be able to apply the same process to the remaining cases that have been designated for ADR, and then determine whether a similar procedure can be applied to the remaining related cases that have been stayed. In sum, the parties have been pleased with the ADR process to date and desire to continue with those efforts. Accordingly, the parties request that the current stay of these proceedings be continued until either the subject case is resolved through ADR, or fourteen days after the ADR process is completed.

Dated: April 25, 2005

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

**s/ David M. Cohen**
DAVID M. COHEN
Director

**s/ Shalom Brilliant**
SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
Room 8012
Washington, D.C. 20530
Tele: (202) 305-7561
Fax: (202) 305-7643

*Attorneys for Defendant*

**s/ Jeff H. Eckland**
JEFF H. ECKLAND
Eckland & Blando LLP
700 Lumber Exchange
10 South Fifth Street
Minneapolis, MN 55402
Tele: (612) 305-4444
Fax: (612) 305-4439

*Attorney for Plaintiffs*

**Filed Electronically with the Consent of Attorneys for Defendant**